FILED

2022 APR -7 AM 9: 27

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JB
22MJ01406

| | |
|---|---|
| USA <br> PLAINTIFF(S) <br> v. <br> Marcielit Biol Benitez <br> DEFENDANT(S). | CASE NUMBER <br> 22-cr-10077 <br><br> DECLARATION RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **indictment**
in the _____ District of **Massachusetts** on **4/4/2022**
at **2:00** ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about **2019 - 2021**
in violation of Title **18 USC 371** U.S.C., Section(s) _____
to wit: _____

A warrant for defendant's arrest was issued by: **Magistrate Bowler**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **4/7/21**
           Date

_Signature_   Signature of Agent

**Terrence Dupont**
Print Name of Agent

**FBI**
Agency

**Special Agent**
Title